IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALBERT L. FISHER, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION No. 1:13-cv-152 |
| vs. | ) |
| | ) |
| AURORA HEALTH CARE, INC., | ) |
| | ) |
| Defendant. | ) |

The undersigned, counsel of record for Plaintiff Albert L. Fisher, M.D., furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

| **Plaintiff** | **Attorney for Plaintiff** |
|---|---|
| Albert L. Fisher, M.D. | Andrew L. Schlafly<br>Attorney at Law<br>New Jersey Bar No. 04066-2003<br>939 Old Chester Rd.<br>Far Hills, NJ 07931<br>Phone: (908) 719-8608<br>Fax: (908) 934-9207<br>Email: aschlafly@aol.com |

Date: February 13, 2013

Attorney's Signature:  s/  Andrew L. Schlafly