# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Albert L. Fisher, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13-cv-00152-WCG |
| | ) | Honorable William C. Griesbach |
| | ) | |
| Aurora Health Care, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant Aurora Health Care, Inc.,

furnishes the following list in compliance with Local Civil Rule 7.1 and Federal Rule of Civil

Procedure 7.1:

1.       Attorneys at Foley & Lardner LLP represent and are expected to appear on

behalf of Defendant Aurora Health Care, Inc.

2.       There are no parent corporations of Aurora Health Care, Inc.

3.       There are no publicly held corporations that own 10 percent or more of the

stock of Aurora Health Care, Inc.

Dated this 5th day of March, 2013.

Respectfully submitted,

/s/ David W. Simon
David W. Simon, WI Bar No. 1024009
Michael D. Leffel, WI Bar No. 1032238
Adam E. Crawford, WI Bar No. 1056803
FOLEY & LARDNER LLP

777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone:  (414) 297-5519 (DWS)
Fax:  (414) 297-4900
Email:  dsimon@foley.com (DWS)
        mleffel@foley.com (MDL)
        aecrawford@foley.com (AEC)

*Attorneys for Defendant Aurora Health Care, Inc.*

2