UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Albert L. Fisher, M.D., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:13-cv-00152-WCG ) Honorable William C. Griesbach |
| Aurora Health Care, Inc., | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance on behalf of Defendant Aurora Health Care, Inc. in the above-captioned action, and request that all further notices, court-filed submissions, and orders be served upon them via the Court's CM/ECF system at the email addresses specified below.

Dated this 5th day of March, 2013.

    Respectfully submitted,

    /s/ David W. Simon
    David W. Simon, WI Bar No. 1024009
    Michael D. Leffel, WI Bar No. 1032238
    Adam E. Crawford, WI Bar No. 1056803
    FOLEY & LARDNER LLP

    777 East Wisconsin Avenue
    Milwaukee, WI 53202-5306
    Telephone: (414) 297-5519 (DWS)
    Fax: (414) 297-4900
    Email: dsimon@foley.com (DWS)
            mleffel@foley.com (MDL)
            aecrawford@foley.com (AEC)

    *Attorneys for Defendant Aurora Health Care, Inc.*