UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Albert L. Fisher, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:13-cv-00152-WCG |
| | ) Honorable William C. Griesbach |
| | ) |
| Aurora Health Care, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**APPENDIX OF UNREPORTED DECISIONS**

**(FILED IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS)**

| | |
|---|---|
| *Bonser v. Cazador, LLC*, No. 12-cv-4889, 2012 U.S. Dist. LEXIS 169156 (N.D. Ill. Nov. 28, 2012). | Ex. A |
| *Med. Consultants, Ltd. v. Iroquois Mem'l Hosp.*, No. 07-2083, 2008 U.S. Dist. LEXIS 112878 (C.D. Ill. May 27, 2008). | Ex. B |
| *Med. Consultants, Ltd. v. Iroquois Mem'l Hosp.*, No. 07-cv-2083, 2008 U.S. Dist. LEXIS 46483 (C.D. Ill. June 16, 2008). | Ex. C |
| *MPC Containment Sys., Ltd. v. Moreland*, No. 05 C 6973, 2008 U.S. Dist. LEXIS 60546 (N.D. Ill. July 23, 2008). | Ex. D |
| *Remington v. Country Jam USA, Inc.*, 2005 WI App 126, 284 Wis. 2d 571, 699 N.W.2d 253. | Ex. E |
| *Sedlacek v. D. Mark Group, Inc.*, 2011 WI App 75, 334 Wis. 2d 146, 799 N.W.2d 928. | Ex. F |