

**MEDICAL CONSULTANTS, LTD., an Illinois corporation, and DR. LESLIE LINDBERG, Plaintiffs, v. IROQUOIS MEMORIAL HOSPITAL, a corporation; STEPHEN O. LEURCK; and ASSOCIATED RADIOLOGISTS OF JOLIET, SC, Defendants.**

Case No. 07-CV-2083

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

*2008 U.S. Dist. LEXIS 46483*

June 16, 2008, Decided
June 16, 2008, Filed

**PRIOR HISTORY:** *Medical Consultants, Ltd. v. Iroquois Mem. Hosp., 2008 U.S. Dist. LEXIS 112878 (C.D. Ill., May 27, 2008)*

**COUNSEL:** [*1] For Medical Consultants, Ltd., an Illinois corporation, Dr. Leslie Lindberg, Plaintiffs: Ronald E Boyer, LEAD ATTORNEY, BOYER & RIPLEY, Watseka, IL; Robert A Fredrickson, RENO & ZAHM LLP, Rockford, IL.

For Iroquois Memorial Hospital, a corporation, Stephen O Leurck, Mohammed Razvi, Dr, Defendants: David B Honig, LEAD ATTORNEY, HALL RENDER KILLIAN HEATH & LYMAN PC, Indianapolis, IN.

For Associated Radiologists of Joliet, SC, a corporation, Defendant: Marcie L Hefler, LEAD ATTORNEY, PRETZEL & STOUFFER, Chicago, IL.

**JUDGES:** MICHAEL P. McCUSKEY, CHIEF U.S. DISTRICT JUDGE.

**OPINION BY:** MICHAEL P. McCUSKEY

**OPINION**

*ORDER*

A Report and Recommendation (# 35) was filed by the Magistrate Judge in the above cause on May 27, 2008. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. *See 28 U.S.C. § 636(b)(1)*. The Recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986)*.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (# 35) is accepted by this court.

(2) Defendants' Motion to Dismiss Plaintiffs' Amended Complaint and for Judicial Notice (# 21) is GRANTED.

(3) Counts I, II, [*2] and III of Plaintiffs' Amended Complaint are dismissed with prejudice.

(4) Count IV, a state law claim, is dismissed without prejudice and may be filed in state court.

(5) This case is terminated.

ENTERED this 16th day of June, 2008        MICHAEL P. McCUSKEY

  **/s/ Michael P. McCuskey**        CHIEF U.S. DISTRICT JUDGE