AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

ALBERT FISHER,
        Plaintiff,

    v.

AURORA HEALTH CARE INC,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 13-C-152

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Albert Fisher take nothing and that this action is dismissed.

    **IT IS FURTHER ORDERED** that the state law claims are dismissed without prejudice.

Approved:     s/ William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court

Dated: July 17, 2013.

JON W. SANFILIPPO
Clerk of Court

s/ A. Wachtendonck
(By) Deputy Clerk